**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE (714) 668-2400
FACSIMILE (714) 668-2490

Donald E. Bradley (State Bar No. 145037)
  d.bradley@mpglaw.com
Candice S. Liao (State Bar No. 269616)
  c.liao@mpglaw.com

E-FILED-6/23/16

JS-6

Attorneys for Defendant TRANS UNION LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALVIN J. SMITH,<br><br>     Plaintiff,<br><br>vs.<br><br>TRANS UNION CREDIT LLC,<br><br>     Defendant. | Case No. 2:16-cv-04012 GHK (JCx)<br><br>Hon. George H. King, Courtroom 650<br><br>**[PROPOSED]** ORDER OF DISMISSAL WITH PREJUDICE |

Plaintiff Alvin J. Smith has announced to the Court that all matters in controversy against Trans Union have been resolved. A Joint Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Joint Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Alvin J. Smith against Defendant Trans Union LLC are in all respects dismissed with prejudice to the refiling of same, with court costs to be paid by the party incurring same.

DATED: June 23, 2016

                                            _____
                                            Honorable George H. King
                                            United States District Judge

998432.1